UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JOHN W. WOFFORD                          )
                                         )
v.                                       )          NO. 2:07-CV-107
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security          )

# **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United

States Magistrate Judge.  The plaintiff has filed objections to this report. [Doc. 19].

After careful and *de novo* consideration of the Report and Recommendation of the United

States Magistrate Judge, [Doc. 18], and for the reasons set out in that  Report and

Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the

plaintiff's objections to the Report and Recommendation are **OVERRULED**, that the  Report

and Recommendation is **ADOPTED** and **APPROVED**, that the  motion for judgment on the

pleadings filed by the plaintiff is **DENIED**, [Doc. 11], that the motion for summary judgment

filed by the defendant is **GRANTED,** [Doc. 15], and the plaintiff's complaint is **DISMISSED**.

So ordered.

            ENTER:


                                            s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT